NENIAN CONNELLY v. THE CENTRAL BRANCH UNION PACIFIC RLD. CO.

ACTION brought by *Connelly* in the district court of Atchison county, against the *Railroad Company*, to recover damages alleged to have been sustained by reason of the wounding and injuring by defendant of certain stock belonging to the plaintiff. Trial at the June Term, 1878, and verdict and judgment for the defendant. New trial refused, and *Connelly* brings the case here.

*S. H. Glenn*, for plaintiff in error.

*Everest & Waggener*, for defendant in error.

*Per Curiam:* This case is dismissed, upon the authority of the cases of *Transportation Co. v. Palmer*, 19 Kas. 471; *State v. Ruth*, 21 Kas. 583.